Robert B. Wilson
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock   TX  79424
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

DARRELL EDWARD SNOW
CONNIE BEAM

CASE NO: 14-70170-HDH-13
HEARING DATE:  7/16/2014
HEARING TIME:   10:00 AM

## NOTICE OF  HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 7/16/2014 at 10:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 7/16/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    6/6/2014

Respectfully submitted,

/s/ Robert B. Wilson

_____
Robert B. Wilson
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 6/6/2014

/s/ Robert B. Wilson

_____

Robert B. Wilson
Chapter 13 Trustee

24ON PHYSICIANS PC PO BOX 403631 ATLANTA GA 30384
AFNI PO BOX 3517 BLOOMINGTON IL 61702
ALLIANCEONE RECIEVABLES MANAGEMENT PO BOX 3111 SOUTHEASTERN PA 19398
AM HOME DIAGNOSTICS INC PO BOX 4847 WICHITA FALLS TX 76308
AMERICAN MEDICAL RESPONSE PO BOX 847925 DALLAS TX 75284
BAY AREA CREDIT SERVICE LLC 1901 W 10TH ST ANTIOCH CA 94509
BRADLEY E SAMUELSON MD PA 1004 BROOK AVE STE B WICHITA FALLS TX 76301
BURNS & CARLISLE PO BOX 1460 SULPHUR SPRINGS TX 75483
C CHAKINALA MD WF CHEST CLINIC 2200 9TH STREET WICHITA FALLS TX 76301
CALIFORNIA REPUBLIC BANK AUTO FINANCE PO BOX 25085 SANTA ANA CA 92799
CAPIO PARTNERS PO BOX 3209 SHERMAN TX 75091
CBSA COLLECTIONS 123 W 7TH STE 300 PO BOX 1929 STILLWATER OK 74076
COGENT HEALTHCARE OF TEXAS PA PO BOX 974716 DALLAS TX 75397
CONVERGENT HEALTHCARE RECOVERIES INC 134SW ADAMS ST STE 2015 PEORIA IL 61602
CONVERGENT PO BOX 1022 WIXOM MI 48393
DARRELL EDWARD SNOW & CONNIE BEAM 613 GLENDALE APT A BURKBURNETT TX 76354
DISH NETWORK DEPT 0063 PALANTINE IL 60055
DR CHADA 1508 10TH ST WICHITA FALLS TX 76301
DR RIVERA 1104 BROOK AVENUE WICHITA FALLS TX 76301
FIRST NATIONAL COLLECTION BUREAU 610 WALTHAM WAY SPARKS NV 89434
FROST ARNETT COMPANY PO BOX 198988 NASHVILLE TN 37219
HAYES HOME & AUTO 401 E THIRD STREET BURKBURNETT TX 76354
IC SYSTEMS 444 HIGHWAY 96 E ST PAUL MN 55127
INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
JC CHRISTENSON & ASSOCIATES 215 N BENTON DRIVE SAUK RAPIDS MN 56379
MCM 8875 AERO DR STE 200 SAN DIEGO CA 92123
MEDICAL BILLING SERVICES PO BOX 2285 WICHITA FALLS TX 76307
MIDLAND CREDIT MANAGEMENT INC 8875 AERO DRIVE, STE 200 SAN DIEGO CA 92123
NTS COMMUNICATIONS 2405 KEMP BLVD WICHITA FALLS TX 76309
PARK CLINIC PO BOX 639 IOWA PARK TX 76367
PORTFOLIO RECOVERY ATTN: BANKRUPTCY PO BOX 41067 NORFOLK VA 23541
PROGRESSIVE FINANCE 11629 S 700 E STE 250 DRAPER UT 84020
RED RIVER HOSPITAL 1505 8TH STREET WICHITA FALLS TX 76301
ROSE STREET MENTAL HEALTH CARE 1808 ROSE ST WICHITA FALLS TX 76301
ROTECH HEALTHCARE PO BOX 510987 LIVONIA MI 48151
SERVICE LOANS 2605 5TH STREET SUITE H WICHITA FALLS TX 76301
SHAMROCK FINANCE 3624 JACKSBORO HWY 103A WICHITA FALLS TX 76302
SOUTHWEST CREDIT 4120 INTERNATIONAL PKWY STE 1100 CAROLLTON TX 75007
TITANIUM EMERGENCY GROUP LLP PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
UNITED RECOVERY SYSTEMS 5800 NORTH COURSE DR HOUSTON TX 77072
UNITED REGIONAL ATTN BILLING DEPT 1600 11TH STREET WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
WICHITA FALLS CARDIAC CARE 1518 10TH ST WICHITA FALLS TX 76301
WICHITA FALLS GASTROENTEROLOGY ASSOCIATE 1104 BROOK AVE WICHITA FALLS TX 76301