**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: **Darrell Edward Snow**  CASE NO **14-70170-hdh-13**
**Connie Beam**

CHAPTER **13**

*AMENDED*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the list of creditors filed in this case is true and correct to the best of his/her knowledge.

Date  6/27/2014    Signature  */s/ Darrell Edward Snow*
*Darrell Edward Snow*

Date  6/27/2014    Signature  */s/ Connie Beam*
*Connie Beam*

*/s/ Monte J. White*
*Monte J. White*
*00785232*
*Monte J. White & Associates, P.C.*
*1106 Brook Ave*
*Hamilton Place*
*Wichita Falls TX  76301*
*(940) 723-0099*

24On Physicians, PC
PO Box 403631
Atlanta, GA 30384-3631


AFNI
PO Box 3517
Bloomington, IL 61702-3517


Allianceone Receivables Management
PO Box 3111
Southeastern, PA 19398-3111


AM Home Diagnostics, Inc
PO Box 4847
Wichita Falls, TX 76308


American Medical Response
PO Box 847925
Dallas, TX 75284-7925


Bay Area Credit Service LLC
1901 W 10th St
Antioch, CA 94509


Bradley E Samuelson, MD, PA
1004 Brook Ave, Ste B
Wichita Falls, TX 76301-5031


Burns & Carlisle
PO Box 1460
Sulphur Springs, TX 75483-1460


C Chakinala MD WF Chest Clinic
2200 9th Street
Wichita Falls TX  76301

```
California Republic Bank Auto Finance
PO Box 25085
Santa Ana, CA 92799-5083



Capio Partners
PO Box 3209
Sherman, TX 75091



CBSA-Collections
123 W. 7th Ste 300
PO Box 1929
Stillwater, OK 74076



Cogent Healthcare of Texas PA
P.O. Box 974716
Dallas, Texas 75397-4716



Convergent
PO Box 1022
Wixom, MI 48393-1022



Convergent Healthcare Recoveries, Inc
134SW Adams St, Ste 2015
Peoria, IL 61602



Dish Network
Dept 0063
Palatine, IL 60055-0063



Dr Rivera
1104 Brook Ave
Wichita Falls, TX 76301-5049



Dr. Chada
1508 10th St
Wichita Falls, TX 76301
```

First National Collection Bureau  
610 Waltham Way  
Sparks, NV 89434

Frost Arnett Company  
P.O. Box 198988  
Nashville, TN 37219-8988

Hayes Home & Auto  
401 E Third Street  
Burkburnett, TX 76354

IC Systems  
444 Highway 96E  
St Paul, MN 55127

JC Christenson & Associates  
215 N Benton Drive  
Sauk Rapids, MN 56379

MCM  
8875 Aero Dr, Ste 200  
San Diego, CA 92123

Medical Billing Services  
PO Box 2285  
Wichita Falls, TX 76307

Midland Credit Management Inc.  
8875 Aero Dr. Suite 200  
San Diego, CA 92123

NTS Communications  
2405 Kemp Blvd  
Wichita Falls, TX 76309

```
Park Clinic
P.O. Box 639
Iowa Park, Texas 76367



Portfolio Recovery
Att Bankruptcy
PO Box 41067
Norfolk, VA 23541



Progressive Finance
11629 S 700 E, Ste 250
Draper, UT 84020



Red River Hospital
1505 8th Street
Wichita Falls, TX 76301



Rose Street Mental Health Care
1808 Rose St
Wichita Falls, TX 76301-4219



Rotech Healthcare
PO Box 510987
Livonia, MI 48151-6987



Service Loans
2605 5th Street, Suite H
Wichita Falls, TX 76301



Shamrock Finance
3624 Jacksboro Hwy, 103A
Wichita Falls Tx  76302



Southwest Credit
4120 International Pkwy Ste 1100
Carrollton, TX 75007
```

```
Titanium Emergency Group
P.O. Box 3407
Emergency room Physician
Wichita Falls, Texas 76301


United Recovery Systems
5800 North Course Dr
Houston, TX 77072



United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301


Wichita Falls Cardiac Care
1518 10th St.
Wichita Falls, Texas 76301



Wichita Falls Gastroenterology Associate
1104 Brook Ave.
Wichita Falls, TX 76301-5049
```