Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Avenue
Wichita Falls, TX  76301
Telephone : (940)723-0099
Telecopier : (940)723-0096

MEMORANDUM

TO: Equifax
P.O. Box 740241
Atlanta, GA 30374


Monte J. White & Associates, P.C.
1106 Brook Ave
Hamilton Place
Wichita Falls, TX  76301
Attorney for Debtors
Telephone : (940)723-0099 Facsimile : (940)723-0096

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | CASE NO. 14-70170-hdh-13 |
|---|---|---|
|  | § |  |
| Darrell Edward Snow | § |  |
| AND | § | CHAPTER 13 |
| Connie Beam | § |  |
|     DEBTORS | § |  |

CERTIFICATE OF SERVICE

    I Monte J. White do hereby certify I mailed a true and correct copy of the Memorandum Pursuant to 11 U.S. § 341, to the following listed parties on this day the 1st  day of July 2014.

Robert B. Wilson
Standing Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock TX  79424

Darrell Edward Snow
Connie Beam
613 Glendale Apt A
Burkburnett, TX 76354

Equifax
P.O. Box 740241
Atlanta, GA 30374


Experian
P.O. Box 2002
Allen, TX 75013

Trans Union
P.O. Box 1000
Chester, PA 19022

**Respectfully Submitted**

/s/Monte J. White; SBN 00785232
Monte J. White & Associates, P.C.
1106 Brook Ave
Hamilton Place
Wichita Falls, TX  76301
Attorney for Debtors
Telephone : (940)723-0099
Facsimile : (940)723-0096