Robert B. Wilson    Standing Chapter 13 Trustee  6308 Iola Avenue, STE 100    Lubbock, TX 79424    (806)748-1980 Office    (806)748-1956

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:
**DARRELL EDWARD SNOW**
**CONNIE BEAM**
**DEBTOR(S)**

CASE NO. 14-70170 - HDH -13

Hearing Date:  7/16/2014
Hearing Time:  11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROBERT B. WILSON, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 5/30/2014.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges Debtors' petition was filed using an incorrect social security number for Mrs. Beam.

4. Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (a)(7).

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date:  7/9/2014

Respectfully submitted,
/s/ Robert B. Wilson
6308 Iola Avenue, STE 100
Lubbock, TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>DARRELL EDWARD SNOW<br>CONNIE BEAM<br>613 GLENDALE APT A<br><br>BURKBURNETT TX   76354 |
| Date:  7/9/2014 | /s/ Robert B. Wilson<br>Office of the Standing Trustee |

DARRELL EDWARD SNOW
CONNIE BEAM
613 GLENDALE APT A
BURKBURNETT    TX   76354